

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00112-CV

John **CLARK,**
Appellant

v.

Maria Elzbieta **CLARK,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20250
Honorable David A. Canales, Judge Presiding

# O R D E R

On June 9, 2022, we ordered the court reporter, Mr. Luis Duran, to file a response, by June 16, 2022, showing he disclosed the cost of the reporter's record to appellant. Mr. Duran did not file a response by that date, and on June 17, 2022, appellant filed a motion asking us to hold the court reporter, Mr. Luis Duran, in contempt for failing to comply with our June 9, 2022 order. After consideration, we **deny** appellant's motion. At this time, the appellate record is complete, and the appellant's brief is due by July 21, 2022. *See* TEX. R. APP. P. 38.6(a) (time to file appellant's brief).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court